# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE BAKER, | : | No. 4:16-CV-02311 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| BENTON AREA SCHOOL DISTRICT, COLUMBIA MONTOUR SNYDER UNION COUNTIES OF CENTRAL PENNSYLVANIA SERVICE SYSTEM, COLEEN GENOVESE, KELLY KOCHER, and LINDSAY RADO, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by Columbia Montour Snyder Union Counties of Central Pennsylvania, ECF No. 15, is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The motion is **GRANTED WITHOUT PREJUDICE** as to Plaintiff's First Amendment retaliation claim (Count I).

    b. The motion is **DENIED** as to Plaintiff's Pennsylvania Whistleblower Law claim (Count II).

    c. The motion is **GRANTED WITHOUT PREJUDICE** as to Plaintiff's due process claim (Count III).

2. The Motion to Dismiss filed by the Benton Area School District, Coleen Genovese, Kelly Kocher, and Lindsay Rado, ECF NO. 19, is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The motion is **GRANTED WITHOUT PREJUDICE** as to Plaintiff's First Amendment retaliation claim (Count I) brought against the Benton Area School District.

    b. The motion is **DENIED** as to Plaintiff's First Amendment retaliation claim (Count I) brought against Coleen Genovese, Kelly Kocher, and Lindsay Rado.

    c. The motion is **DENIED** as to Plaintiff's Pennsylvania Whistleblower Law claim (Count II).

    d. The motion is **GRANTED WITHOUT PREJUDICE** as to Plaintiff's defamation claim (Count IV).

3. Plaintiff's request for a jury trial on her Pennsylvania Whistleblower Law claims (Count II) is **DENIED.**

4. Plaintiff is **GRANTED** leave to amend her complaint, as indicated in the accompanying Memorandum, **no later than twenty one (21) days** from the date of this Order.

                                BY THE COURT:

                                *s/ Matthew W. Brann*
                                Matthew W. Brann
                                United States District Judge