# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE BAKER, | No. 4:16-CV-02311 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BENTON AREA SCHOOL DISTRICT, COLUMBIA MONTOUR SNYDER UNION COUNTIES OF CENTRAL PENNSYLVANIA SERVICE SYSTEM, COLEEN GENOVESE, KELLY KOCHER, and LINDSAY RADO, | |
| Defendants. | |

## ORDER

**AND NOW** this 29th day of October 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion for Summary Judgment made by Defendants Benton Area School District, Coleen Genovese, Kelly Kocher, and Lindsay Rado, July 8, 2019, ECF No. 52 is **GRANTED IN PART AND DENIED IN PART**.

2. The Motion for Summary Judgment made by Defendant Columbia Montour Snyder Union Counties of Central Pennsylvania Service System, July 8, 2019, ECF No. 53 is **GRANTED IN PART AND DENIED IN PART**.

3. The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge